No. 72. CLARA SHOWALTER *v.* GEORGIA VALLIERE HAMPTON. Error to the Supreme Court of the State of Oklahoma. Argued October 19, 1925. Decided October 26, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448; sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrolton,* 252 U. S. 1, 5–6. *Mr. Halbert H. McCluer* for plaintiff in error. *Messrs. L. A. Wetzel* and *F. D. Adams* for defendant in error.

---

No. 61. LOUISVILLE BEDDING COMPANY *v.* UNITED STATES; and

No. 62. THE HUDSON BAY KNITTING COMPANY, LIMITED *v.* UNITED STATES. Appeals from the Court of Claims. Argued October 19, 1925. Decided October 26, 1925. *Per Curiam.* These two appeals, allowed before the going into effect of the act of February 13, 1925, revising the jurisdiction of this court, abolishing appeals from the Court of Claims and requiring that review may be had of its judgments only by certiorari, abundantly show the wisdom of the change. They invoke no substantial question of law, they did not merit and did not elicit a formal opinion from the Court of Claims, and they do not call for one here. The appeals are accordingly dismissed and the judgment of the Court of Claims is affirmed. *Mr. Raymond M. Hudson* for appellants. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.